**Michael OWENS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 104111**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: March 7, 2017

---

1. Unless otherwise indicated, all further statutory references as to RSMo 2000 as amended.

Timothy J. Forneris, St. Louis, MO, for appellant.

Joshua D. Hawley, Karen L. Kramer, Jefferson City, MO, for respondent.

Before: James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM.

Michael Owens appeals from the motion court's judgment denying his Rule 29.15 motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2016).